UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLENE BORIA,

    Plaintiff,

v.                                       Case No.:

WAKEFIELD AND ASSOCIATES INC.,

    Defendant.

## NOTICE OF REMOVAL

To:    Judges of the United States District Court for the Middle District of Florida

Defendant, Wakefield and Associates Inc. ("Wakefield"), by and through its attorney, Ruel W. Smith, files its Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446, and in support thereof, state as follows:

    1.    On or about July 7, 2021, Plaintiff, Charlene Boria, filed a complaint against Wakefield in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

    2.    Process was served upon Defendant Wakefield on or about July 20, 2021. A copy of the summons to Wakefield is attached hereto.

    3.    Defendant files with this Notice true and correct copies of all pleadings filed in the above-referenced State action.

4. The complaint asserts federal causes of action against Defendant for purported violations of the Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA").

5. This Notice was timely filed with the Clerk of the United States District Court.

6. 28 U.S.C. § 1441(b) provides as follows:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

7. The United States District Court for the Middle District of Florida has jurisdiction over the plaintiff's claim due to the fact that the allegations against Defendant contained in her complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

8. In the complaint, Plaintiff alleges that Wakefield was acting as a debt collector in attempting to collect a debt from the plaintiff.

9. Plaintiff claims Defendant violated § 1692c(b) of the FDCPA and § 559.72(5) of the FCCPA in the attempted collection of Plaintiff's debt. Plaintiff seeks recovery under the FDCPA and the FCCPA of statutory damages, actual damages, costs and reasonable attorney fees.

10. Therefore, the plaintiff's complaint invokes federal question jurisdiction, as the allegations involve claims under the FDCPA, 15 U.S.C. § 1692 *et seq*.

11. This Court has and should exercise supplemental jurisdiction over Plaintiff's state law FCCPA claims by virtue of the Court's original jurisdiction over Plaintiff's FDCPA claim. 28 U.S.C. § 1367(a).

12. This Court should exercise supplemental jurisdiction over Plaintiff's FCCPA claims because they arise from the same core of (alleged) operative facts and involve substantially similar questions of law as Plaintiff's FDCPA claim. 28 U.S.C. § 1367(a). Indeed, all of the claims asserted in Plaintiff's Complaint arise from Defendant's allegedly improper debt collection activity, and therefore form part of the same case or controversy. Moreover, Plaintiff's FCCPA claims do not involve novel or complex issues of Florida law or substantially predominate over the federal claims, and there are no other "compelling" reasons for declining supplemental jurisdiction in this case. See 28 U.S.C. §§ 1367(a); (c).

WHEREFORE, the Defendant, WAKEFIELD AND ASSOCIATES INC., respectfully requests that this case proceed in this court as an action properly removed to it.

1043569\308695442.v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, a true and correct copy of the foregoing was furnished via electronic mail to counsel for Plaintiff, Benjamin W. Raslavich, Esquire, Kuhn Raslavich, P.A., 2110 West Platt Street, Tampa, FL 33606, ben@theKRfirm.com.

    Respectfully submitted,

**/s/ Ruel W. Smith**
FBN 36548
rsmith@hinshawlaw.com
Hinshaw & Culbertson LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602
T – 813-868-8831
F – 813-436-8783
Attorney for Defendant Wakefield and Associates Inc.

1043569\308695442.v1